UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.  8:16-cv-02390-EAK-JSS

BRYAN GLYNN,

    Plaintiff,

v.

EPICURE GROUP INTERNATIONAL, LLC,
INTERLUXE LLC,
and RAMON TORRES,

    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff, BRYAN GLYNN, by and through his undersigned counsel, hereby notifies the Court that the parties have reached an agreement in principle to settle this action and anticipate filing a motion to dismiss within two weeks of this notice.

DATED: October 19, 2016        Respectfully submitted,

    */s/ Joel B. Rothman*
    JOEL B. ROTHMAN
    Florida Bar Number:  98220
    joel.rothman@sriplaw.com
    JEROLD I. SCHNEIDER
    Florida Bar Number:  26975
    jerold.schneider@sriplaw.com
    KEVIN E. CUDLIPP
    Florida Bar Number:  112433
    kevin.cudlipp@sriplaw.com

    **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
    4651 North Federal Highway
    Boca Raton, FL  33431
    561.404.4350 – Telephone

561.404.4353 – Facsimile
*Attorneys for Plaintiff Bryan Glynn*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on October 19, 2016 a true and correct copy of the foregoing document was sent via electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN

## SERVICE LIST

Michael E. Reed
Andrew Willers
**WICKER SMITH O'HARA MCCOY & FORD, P.A.**
100 North Tampa Street
Suite 1800
Tampa, FL  33602
813.222.3939 – Telephone
813.222.3938 – Facsimile
mreed@wickersmith.com
awillers@wickersmith.com
tpacrtpleadings@wickersmith.com

*Attorneys for Defendants Interluxe, LLC and Ramon Torres*

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431